IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RODERICK PENSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-12-1093 |
| | § | |
| LARRY RHEA, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The plaintiff filed a motion for continuance of the scheduling conference, (Docket Entry No. 4 ). The motion is granted. The initial pretrial and scheduling conference is reset to **October 26, 2012, at 10:00 am.** The joint discovery/case management plan is due by October 12, 2012.

SIGNED on August 27, 2012, at Houston, Texas.

                                    _____
                                    Lee H. Rosenthal
                                    United States District Judge