IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RODERICK PENSON, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-12-1093 |
| LARRY RHEA, *et al.*, | § § § | |
| Defendants. | § | |

## ORDER

The plaintiff filed a motion for continuance of the scheduling conference, (Docket Entry No. 8 ). The motion is granted. The initial pretrial and scheduling conference is reset to **January 25, 2013, at 9:00 am.** The joint discovery/case management plan is due by January 11, 2013.

SIGNED on October 24, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge