IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RODERICK PENSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-12-1093 |
| | § | |
| INTERMODIAL RESEARCH INC., | § | |
| dba IRI TRUCKING, | § | |
| | § | |
| Defendant. | § | |

**FINAL JUDGMENT**

In accordance with this court's Memorandum and Opinion of today's date, the defendant is entitled to summary judgment. The plaintiff's claims are dismissed with prejudice.

This is a final judgment.

SIGNED on July 29, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge